# EXHIBIT 2



U.S. Department of Justice

Federal Bureau of Prisons

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, California 95219*

JUL 2 - 2024

J. Kyle Gaines
Slater Slater and Schulman LLP
8383 Wilshire Blvd., Suite 255
Beverly Hills, CA 90211

RE:
    Administrative Claim No.
    Received: June 25, 2024

Dear Mr. Gaines:

This is to acknowledge receipt of your Claim for Damage, Injury or Death (Standard Form 95) that was submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 671, et seq. As the legal representative for the above referenced inmate, you seek compensation in the amount of $20,000,000.00 for alleged personal injury as a result of events occurring at the Federal Correctional Institution, Dublin, California.

In accordance with the applicable provisions of the statute, this agency has up to six months within which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

It is your responsibility to advise this office of any change in your address. You are also requested to refer to the assigned claim number whenever corresponding with this office about your submission.

Sincerely,

Dennis M. Wong
Regional Counsel

DMW/jmv



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, California 95219*

July 15, 2024

## MEMORANDUM FOR FCI DUBLIN FTCA CLAIMANTS

**FROM:** /S/ Dominic Ayotte
Dominic Ayotte, Deputy Regional Counsel

**SUBJECT:** Denial of Administrative Claims

This is in response to the below listed administrative claims submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq. Claimants seek varying amounts of monetary damages in compensation for alleged personal injury as a result of events at the Federal Correctional Institution, Dublin, California, including, but not limited to, allegations of sexual abuse, sexual harassment, retaliation, and related misconduct, as outlined in each individual claim:



On behalf of the United States, each of the above referenced claims is denied. Each claimant will receive an individualized letter sent via certified mail in the normal course of business. If claimants are not satisfied with this determination, they are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.