```
 1  JAMES W. LEWIS (SBN 207599)
    jlewis@sssfirm.com
 2  J. KYLE GAINES (SBN 287536)
    kgaines@sssfirm.com
 3  SLATER SLATER SCHULMAN LLP
    8383 Wilshire Blvd., Suite 255
 4  Beverly Hills, CA 0211
    Telephone: (310) 341-2086
 5  Facsimile: (310) 773-5573

 6  Attorneys for Plaintiff,
    R.R.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R., an individual, | Case No. 3:24-cv-04275 |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO MAINTAIN ANONYMITY |
| UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS); JORGE AVALOS, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff has submitted an application to maintain her anonymity.

This Court, having considered the briefs and other documents in support of the application and being fully advised in this matter finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Application to Maintain Her Anonymity is GRANTED.

IT IS SO ORDERED.

Dated: August 21, 2024                    _____

United States District Court ~~Magistrate~~ Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO MAINTAIN ANONYMITY