JAMES W. LEWIS (SBN 207599)
jlewis@sssfirm.com
J. KYLE GAINES (SBN 287536)
kgaines@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd., Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Facsimile: (310) 773-5573

Attorneys for Plaintiff,
R.R.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R., an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS); JORGE AVALOS, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 4:24-cv-04275-YGR<br><br>(Honorable Yvonne Gonzalez Rogers)<br><br>NOTICE OF VOLUNTARY DISMISSAL |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

　　As Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss this entire case.

　　Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

| | | |
|---|---|---|
| 1 | Date: February 18, 2025 | SLATER SLATER SCHULMAN LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | James W. Lewis |
| 5 | | J. Kyle Gaines |
| | | Attorneys for Plaintiff R.R. |